## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC WATERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:21-cv-05383-AB |
| v. | ) | |
| | ) | |
| GOODRICH PETROLEUM CORP., | ) | |
| WALTER G. GOODRICH, ROBERT C. | ) | |
| TURNHAM, JR., RONALD F. COLEMAN, | ) | |
| K. ADAM LEIGHT, TIMOTHY D. | ) | |
| LEULIETTE, JEFFREY S. SEROTA, | ) | |
| EDWARD J. SONDEY, and THOMAS M. | ) | |
| SOUERS, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action").  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  January 19, 2022

**GRABAR LAW OFFICE**

By: _____

Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*